**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

# NOTICE OF REASSIGNMENT

Re: Louise Harris v. Kim Tobias Thomas, et al.
Civil Action No. 2:11-cv-552-ID

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:11-cv-552-MEF. This new case number should be used on all future correspondence and pleadings in this action.