IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOUISE HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:11-CV-522-MEF |
| | ) | |
| KIM T. THOMAS, | ) | |
| Commissioner Alabama Department | ) | |
| of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw motion of Scott Dixler to Appear Pro

Hac Vice, and as there remains counsel on record to represent Petitioner, it is

ORDERED that the motion (*Doc. No. 9*) be and is hereby GRANTED.

It is further

ORDERED that the Motion to Admit Pro Hac Vice filed on behalf of Scott Dixler

(*Doc. No. 2*) be and is hereby WITHDRAWN.

DONE, this 12th day of October 2011.


 /s/   Susan Russ Walker_____
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE