IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOUISE HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:11-CV-522-MEF |
| | ) | |
| KIM T. THOMAS, | ) | |
| Commissioner Alabama Department | ) | |
| of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER ON MOTION**

Upon consideration of the Motions to Admit Pro Hac Vice filed on behalf of Stuart Gold, Sarah Kessler, and Hector Valdes, and it appearing that Stuart Gold, Sarah Kessler, and Hector Valdes are members in good standing of the United States District Court for the Southern District of New York, it is

ORDERED that the motions (*Doc. Nos. 3, 4, 5*) be and are hereby GRANTED.

DONE, this 12th day of October 2011.

 /s/   Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE