| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Martha Thomas*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Martha Thomas   C. Date of Delivery: 10-13-11<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

Warden Frank Albright
Julia Tutwiler Prison for Women
8966 US Hwy 231 N
Wetumpka, AL 36092

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2:11cv552 pet/order   ans due 11/23

2. Article Number (Transfer from service label): 7010 0290 0003 6120 6544

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540