| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, | A. Signature<br>X _BSArtis_  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name): BSARTIS   C. Date of Delivery: 10.14.11<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☑ No |
| 1. Article Addressed to:<br>Kim T. Thomas, Commissioner<br>Alabama Dept. of Corrections, Legal Division<br>P. O. Box 301501<br>Montgomery, AL 36130-1501 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☑ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2:11cv552 petforder  ans due 11/23<br>2. Article Number (Transfer from service label)  7010 0290 0003 6120 6537 | |
| PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540 | |