**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 2, 2011

NOTICE OF REASSIGNMENT


To:   All Counsel of Record


Re:   Harris v. Thomas et al
      Civil Action No. 2:11-cv-00552-MEF

The above-styled case has been  reassigned to Judge W. Keith Watkins.

Please note that the case number is now  2:11-cv-00552-WKW.

This new case number should be used on all future correspondence and pleadings in this action.