IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,           )<br>    AIS#275218            )<br>                          )<br>    PETITIONER,           )<br>                          )<br>VS.                       )<br>                          )<br>KIM T. THOMAS,            )<br>Commissioner, Alabama Department )<br>of Corrections,          )<br>                          )<br>    RESPONDENT.           ) | CIVIL ACTION NO.<br>2:11-cv-00552-MEF |

**MOTION FOR 28-DAY ENLARGEMENT TO FILE
RESPONSE TO FEDERAL HABEAS CORPUS PETITION**

Comes now Respondent, by and through the Attorney General of the State of Alabama, and moves this Honorable Court for an Order granting Respondent an enlargement of 28 days from Wednesday, November 23, 2011 to file his response in the above-styled cause.  As grounds for said enlargement, Respondent shows the following:

   1. The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had adequate time to prepare a sufficient response.

   2. The additional time requested will not prejudice the rights of Petitioner.

Wherefore, Respondent respectfully requests an extension of 28 days in which to file a response in the above styled case.

        Respectfully submitted,

        Luther Strange(STRAL0036)
        Attorney General
        By-


        /s/John M. Porter
        John M. Porter(ASB5818-P77J)
        Assistant Attorney General

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this <u>22nd</u> day of November, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following:

| | |
|---|---|
| Stuart W. Gold<br>Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475 | William Blanchard<br>Blanchard Law Offices<br>505 South Perry Street<br>Montgomery, AL 36104-4615 |

Ellen Brooks
District Attorney, Montgomery County
251 S. Lawrence Street
P.O. Box 1667
Montgomery, Alabama 36102-1667

        Respectfully submitted,

        <u>/s/John M. Porter</u>
        John M. Porter(ASB5818-P77J)
        Office of the Attorney General
        Alabama State House
        501 Washington Avenue
        Montgomery, AL  36130
        Telephone:  (334)  242-7420
        Fax:  (334)  242-2848
        E-Mail:  <u>JPorter@ago.state.al.us</u>

1246550