IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:11-CV-552-WKW |
| | ) |
| KIM T. THOMAS, | ) |
| Commissioner Alabama Department | ) |
| of Corrections, *et al.*, | ) |
| | ) |
| Respondents. | ) |
| | ) |

**ORDER ON MOTION**

Upon consideration of Respondents' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (*Doc. No. 16*), is GRANTED; and

2. Respondents are GRANTED an extension from November 23, 2011 to and including December 21, 2011 to file their answer.

DONE, this 23rd day of November 2011.

    /s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE