| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Ondrea Blackmon* ☐ Agent ☐ Addressee<br>B. Received by (*Printed Name*) *Sandra*   C. Date of Delivery 10/17/11<br>D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |

1. Article Addressed to:

Luther Strange
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130-0152

2:11CV552 pet/order    ans due 11/23

| 3. Service Type |
|---|
| ☑ Certified Mail  ☐ Express Mail |
| ☐ Registered     ☑ Return Receipt for Merchandise |
| ☐ Insured Mail   ☐ C.O.D. |
| 4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |

2. Article Number
   (*Transfer from service label*)    7010 0290 0003 6120 6520

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540