IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,       ) | |
|     AIS#275218    ) | |
| ) | |
|     PETITIONER,   ) | |
| ) | |
| VS.                            ) | CIVIL ACTION NO. |
| ) | 2:11-cv-00552-MEF |
| KIM T. THOMAS,       ) | |
| Commissioner, Alabama Department ) | |
| of Corrections,              ) | |
| ) | |
|     RESPONDENT.  ) | |

**MOTION FOR SECOND ENLARGEMENT TO FILE
RESPONSE TO FEDERAL HABEAS CORPUS PETITION**

Comes now Respondent, by and through the Attorney General of the State of Alabama, and moves this Honorable Court for an Order granting Respondent an enlargement of 21 days from Wednesday, December 21, 2011 to file his response in the above-styled cause. As grounds for said enlargement, Respondent shows the following:

1. The response was originally due on Wednesday, November 23, 2011. This Court granted the Respondent a 28-day enlargement, until December 21, 2011, in which to file his response.

2.  The undersigned Assistant Attorney General has been involved in other cases in state and federal court and has not had adequate time to prepare a sufficient response.  The undersigned has reviewed the voluminous record including the trial, direct appeal, and Rule 32 proceedings and has substantially prepared a response to Harris's numerous issues.  Additional time, however, is required to complete the response and the preparation of exhibits.

3.  The additional time requested will not prejudice the rights of Petitioner.

Wherefore, Respondent respectfully requests an extension of 21 days, until January 11, 2012, in which to file a response in the above styled case.

        Respectfully submitted,

        Luther Strange(STRAL0036)
        Attorney General
        By-


        /s/John M. Porter
        John M. Porter(ASB5818-P77J)
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of December, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following:

Stuart W. Gold
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475

William Blanchard
Blanchard Law Offices
505 South Perry Street
Montgomery, AL 36104-4615

Ellen Brooks
District Attorney, Montgomery County
251 S. Lawrence Street
P.O. Box 1667
Montgomery, Alabama 36102-1667

Respectfully submitted,

/s/John M. Porter
John M. Porter(ASB5818-P77J)
Office of the Attorney General
Alabama State House
501 Washington Avenue
Montgomery, AL  36130
Telephone:  (334)  242-7420
Fax:  (334)  242-2848
E-Mail:  JPorter@ago.state.al.us

3