IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS, | |
| Petitioner, | Civ. Action No. |
| vs. | 2:11-cv-00552 (WKW) (SRW) |
| KIM T. THOMAS, Commissioner, Alabama Department of Corrections, | January 5, 2012 |
| Respondent. | |

## MOTION TO WITHDRAW APPEARANCE OF SARAH S. B. KESSLER

The undersigned respectfully moves for leave to withdraw the appearance of Sarah S. B. Kessler on behalf of Petitioner Louise Harris. Sarah S. B. Kessler is no longer with the law firm of Cravath, Swaine & Moore LLP. The remaining counsel of record at the firm will continue to represent Louise Harris, and no hardship will be caused by this withdrawal.

WHEREFORE, the undersigned respectfully requests that this Motion to Withdraw Appearance be granted.

Respectfully submitted,

CRAVATH, SWAINE & MOORE LLP,

by  *Stuart W. Gold* /HJV
          Stuart W. Gold
         A member of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000

*Attorney for Petitioner Louise Harris*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,<br><br>                                    Petitioner,<br><br>           -against-<br><br>KIM T. THOMAS, Commissioner, Alabama<br>Department of Corrections,<br><br>                                    Respondent. | Civ. Action No.<br>2:11-cv-00552-MEF-SRW |

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2012, I filed the foregoing with the Clerk of the Court. I hereby certify that I have mailed the document by First Class Mail and or hand delivery to the following non-CM/ECF participants: Attorney General Luther Strange and John Porter (Office of the Attorney General, 501 Washington Avenue, Montgomery, AL 36130) and District Attorney Ellen Brooks (Office of the District Attorney, 251 South Lawrence Street, Montgomery, AL 36102).

Respectfully submitted,

WILLIAM R. BLANCHARD (BLA029)
BLANCHARD LAW OFFICES
505 South Perry Street
Montgomery, Alabama 36104
334-269-9691
334-263-4766
bill@blanchardlaw.com