IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:11-CV-552-WKW |
| | ) |
| KIM T. THOMAS, | ) |
| Commissioner Alabama Department | ) |
| of Corrections, | ) |
| | ) |
| Respondent. | ) |
| | ) |

**ORDER ON MOTION**

Upon consideration of the motion to withdraw appearance of Sarah Kessler on behalf of Petitioner, and as there remains counsel on record to represent Petitioner, it is

ORDERED that the motion (*Doc. No. 21*) be and is hereby GRANTED.

DONE, this 10th day of January 2012.

　　　　　　　　　　　　　　　　　　　/s/ Susan Russ Walker
　　　　　　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE