IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOUISE HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:11-CV-552-WKW |
| | ) | |
| KIM T. THOMAS, | ) | |
| Commissioner Alabama Department | ) | |
| of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER ON MOTION**

Upon consideration of the Motion to Appear Pro Hac Vice filed on behalf of Daniella Esses, and it appearing that Daniella Esses is a member in good standing of the United States District Court for the Southern District of New York, it is

ORDERED that the motion (*Doc. No. 23*) be and is hereby GRANTED.

DONE, this 12th day of January 2012.

                                            /s/ Susan Russ Walker
                                            SUSAN RUSS WALKER
                                            CHIEF UNITED STATES MAGISTRATE JUDGE