IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,<br><br>                      Petitioner,<br><br>vs.<br><br>KIM T. THOMAS, Commissioner, Alabama Department of Corrections,<br><br>                      Respondent. | Case No.: 2:11-CV-552-WKW-SRW |

**PETITIONER'S MOTION FOR DEADLINE TO SUBMIT A REPLY**

Comes now Petitioner, Louise Harris, by and through her attorney, and moves this Honorable Court for an Order permitting Mrs. Harris to submit a Reply to the State's Answer to Mrs. Harris's Petition for a Writ of Habeas Corpus on or before April 30, 2012.

1.      On July 8, 2011, Petitioner filed her Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254.

2.      On January 11, 2012, the State filed an Answer to Mrs. Harris's Petition.

3.      Pursuant to Rule 5(e) of the Rules Governing Section 2254 and 2255 Cases in the United States District Courts: "The petitioner may submit a reply to the respondent's answer or other pleading within a time fixed by the judge."

4.      To date this Court has not fixed a time for Petitioner's Reply.

Wherefore, Petitioner respectfully requests that Your Honor permit Mrs. Harris to submit a Reply to the State's Answer to Mrs. Harris's Petition for a Writ of Habeas Corpus on or before April 30, 2012.

Respectfully submitted,

/s/ Stuart W. Gold

Stuart W. Gold, Esq. (NY Bar #1473859)
*Pro hac vice*
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Telecopier: (212) 474-3700

William Blanchard, Esq.
SJIS Code BLA029
Blanchard Law Offices
505 South Perry Street
Montgomery, AL 36104-4615
Telephone: (334) 264-9691
Telecopier: (334) 263-4766

*Attorneys for Petitioner Louise Harris*

March 12, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have caused the document to be mailed by United States Postal Service to the following:

John M. Porter
Office of the Attorney General
Alabama State House
501 Washington Avenue
Montgomery, AL 36130

Ellen Brooks
District Attorney, Montgomery County
251 S. Lawrence Street
P.O. Box 1667
Montgomery, AL 36102-1667

Respectfully submitted,

Stuart W. Gold, Esq. (NY Bar #1473859)
*Pro hac vice*
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Telecopier: (212) 474-3700