IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LOUISE HARRIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:11-CV-552-WKW |
| | ) | |
| KIM T. THOMAS, | ) | |
| Commissioner Alabama Department | ) | |
| of Corrections, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**ORDER ON MOTION**

Upon consideration of Petitioner's Motion for Deadline to Submit a Reply to Respondents' Answer, it is

ORDERED that the motion (*Doc. No. 26*) be and is hereby GRANTED.

It is further

ORDERED that Petitioner may file a reply to Respondents' answer on or before April 30, 2012.

DONE, this 29th day of March 2012.

/s/  Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE