**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| LOUISE HARRIS,<br><br>         Petitioner,<br><br>  vs.<br><br>KIM T. THOMAS, Commissioner, Alabama Department of Corrections,<br><br>         Respondent. | Case No.: 2:11-CV-552-WKW-SRW |

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 30, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

    John McGavock Porter
    Office of the Attorney General
    Criminal Appeals
    Alabama State House
    501 Washington Avenue
    Montgomery, AL 36130-0152
    jporter@ago.state.al.us

and I hereby certify that I have delivered true copies of the foregoing to an overnight courier (UPS) for delivery the next day, Tuesday, May 1, 2012, to the following non-CM/ECF participant:

    Ellen Brooks, Esq.
    District Attorney
    Office of the District Attorney
    251 South Lawrence Street
    Montgomery, AL 36102-1667

      Respectfully Submitted,

      /s/ Stuart W. Gold
_____
Stuart W. Gold, Esq. (NY Bar #1473859)
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Telecopier: (212) 474-3700

William Blanchard, Esq.
SJIS Code BLA029
Blanchard Law Offices
505 South Perry Street
Montgomery, AL 36104-4615
Telephone: (334) 269-9691
Telecopier: (334) 263-4766

*Attorneys for Petitioner Louise Harris*