IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS, # 275218, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) Civil Action No. 2:11cv552-WKW |
| KIM T. THOMAS, et al., | ) ) ) |
| Respondents. | ) ) ) |

**ORDER ON MOTION**

Upon consideration of the Motion to Appear Pro Hac Vice to admit attorney Rachel G. Skaistis pro hac vice before this court for the purpose of representing the petitioner in this cause, and it appearing that Ms. Skaistis is a member in good standing of the United States District Court for the Southern District of New York, it is

ORDERED that this motion (*Doc. No. 31*) be and is hereby GRANTED.

DONE, this 8th day of January, 2015.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE