IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,<br><br>       Petitioner,<br><br>  vs.<br><br>KIM T. THOMAS, Commissioner, Alabama Department of Corrections,<br><br>       Respondent. | Case No. 2:11-cv-00552-MEF-SRW |

**NOTICE OF CHANGE OF ADDRESS**

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

  Please take notice of the following change of address for Stuart W. Gold, one the attorneys for Petitioner in the above-captioned proceeding:

  Old Address:  Cravath, Swaine & Moore LLP
           825 Eighth Avenue
           New York, NY 10019
           Tel:  (212) 474-1394
           Fax:  (212) 474-3700
           E-mail:  sgold@cravath.com

  New Address:  Worldwide Plaza
           825 Eighth Avenue, Room 4000B
           New York, NY 10019
           Tel:  (212) 474-1000
           Fax:  (212) 474-3700
           E-mail:  sgold@cravath.com

Respectfully submitted,


*/s/ Stuart W. Gold*
Stuart W. Gold, Esq.  (NY Bar # 1473859)
*Admitted Pro Hac Vice*

Worldwide Plaza
825 Eighth Avenue, Room 4000B
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700


Rachel G. Skaistis, Esq. (NY Bar # 2910826)
*Admitted Pro Hac Vice*

Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Tel: (212) 474-1000
Fax: (212) 474-3700

William Blanchard, Esq.
SJIS Code BLA029
Blanchard Law Offices
505 South Perry Street
Montgomery, AL 36104-4615
Telephone: (334) 269-9691
Telecopier: (334) 263-4766

*Attorneys for Petitioner Louise Harris*

January 8, 2015

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS,<br><br>                                    Petitioner,<br><br>vs.<br><br>KIM T. THOMAS, Commissioner, Alabama Department of Corrections,<br><br>                                    Respondent. | Case No. 2:11-cv-00552 (WKW) (SRW) |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

>John McGavock Porter
>Office of the Attorney General
>501 Washington Avenue
>Montgomery, AL 36130
>jporter@ago.state.al.us

and I hereby certify that I have delivered a true and correct copy of the foregoing to an overnight courier (FedEx) for delivery the next day, Friday, January 9, 2015, to the following non-CM/ECF participant:

>Daryl Bailey
>District Attorney
>Office of the District Attorney
>251 South Lawrence Street
>Montgomery, AL 36102

*/s/ Stuart W. Gold*
Stuart W. Gold