IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LOUISE HARRIS, # 275218, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:11-CV-552-WKW |
| ) | |
| KIM TOBIAS THOMAS, *et al.*, ) | |
| ) | |
| Respondents. ) | |

### **ORDER**

Petitioner Louise Harris, who is serving a sentence of life imprisonment without the possibility of parole, seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 9, 2015, the Magistrate Judge filed a Recommendation in this case and recommended that Harris's petition be denied and this case dismissed with prejudice. (Doc. # 34.) On May 1, 2015, Harris, who is represented by counsel, filed objections. (Doc. # 37.) The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

Upon careful consideration of Petitioner's objections, the Recommendation, the record, and relevant law, it is ORDERED that:

(1)   Petitioner's objections are OVERRULED;

(2)   The Magistrate Judge's Recommendation is ADOPTED;

(3) The petition for habeas corpus relief is DENIED;

(4) This case is DISMISSED with prejudice.

DONE this 9th day of September, 2015.

                                                /s/ W. Keith Watkins
                                   CHIEF UNITED STATES DISTRICT JUDGE